IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALTA WATERFORD, LLC, ) | |
|         Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | CASE NO.: 1:25-cv-14154 |
| BIG SCREEN ENTERTAINMENT ) | |
| GROUP, INC., and ) | |
| ) | |
| Colonial Stock Transfer Co, Inc., ) | |
|         Defendants. ) | |

## JOINT INITIAL STATUS REPORT

Pursuant to the Court's November 21, 2025 Order (Dkt. No. 7), the parties who have appeared respectfully submit the following joint initial status report:

**1. Nature of the case**

**A. Identify the attorneys of record for each party and identify the lead attorney for each party.**

***Attorneys for Plaintiff ALTA WATERFORD, LLC***
George W. Svoboda (Lead Attorney)
The Law Office of George W. Svoboda
P.O. Box 1299
McHenry, IL 60051
Telephone: (224) 360-0696
george@georgesvobodalaw.com

***Attorneys for Defendant BIG SCREEN ENTERTAINMENT GROUP, INC. (BSEG)***
Alexander Loftus, Esq. (Lead Attorney)
LOFTUS & EISENBERG, LTD.
181 W. Madison, Suite 4700
Chicago, Illinois 60601
T: 312.899.6625
alex@loftusandeisenberg.com

***Attorneys for Defendant Colonial Stock Transfer Co, Inc.***
No appearance on file

**B. Briefly describe the nature of the claims asserted in the complaint and any counterclaims and/or third party claims.**

Plaintiff's Complaint against Defendants claims breach of contract for two related contracts between the parties. Plaintiff alleges that BSEG breached a services contract between Plaintiff and BSEG (the "BSEG Contract"), of which the compensation was in the form of BSEG stock. Plaintiff alleges several covenants were violated in the BSEG Contract, each with a separate liquidated damages provision. Plaintiff also alleges that Defendant Colonial Stock Transfer Co, Inc. breached a contract between BSEG and Colonial Stock Transfer Co, Inc. (the "Colonial Stock Contract"), of which Plaintiff was an intended third-party beneficiary. Plaintiff alleges that Defendant Colonial Stock Transfer Co, Inc. failed to reserve stock for the benefit of Plaintiff as it agreed to do in its contract with BSEG.

**C. Briefly identify the major legal and factual issues in the case.**

Defendant BSEG argues that the liquidated damages provisions are unenforceable penalties. BSEG also disputes that Plaintiff properly pled jurisdiction and disputes that the contract between Plaintiff and BSEG was signed.

The principal legal and factual issues raised by Plaintiff's Complaint will involve, among other things:

1. Whether the contracts are valid and enforceable contracts between the parties;
2. Whether the liquidated damages provisions in the BSEG Contract are unenforceable penalties;
3. Whether BSEG actually breached the BSEG Contract.

**D. State the relief sought by any of the parties.**

Plaintiff seeks damages in the amount of $556,500.00 plus costs and attorney's fees. Defendant BSEG seeks dismissal of the case plus costs and attorney's fees.

2

**2.     State the basis of this court's subject matter jurisdiction**

Plaintiff does not allege any Federal issue nor any Federal statutory jurisdiction. Plaintiff contends that its Complaint alleges that there is diversity of citizenship jurisdiction under 28 U.S.C. § 1332(a)(1). Defendant BSEG does not agree that diversity of citizenship was adequately pled. *See* Defendants' Motion to Dismiss (Dkt. No. 10).

(1) Plaintiff contends the amount in controversy exceeds the jurisdictional threshold in that it claims actual damages of $556,500.00. While BSEG disputes the damages, BSEG does not dispute the controversy amount.

(2) Identify the state of citizenship of each named party.

- BSEG is a Nevada corporation that maintains its principal place of business in California.

- Plaintiff is a St. Kitts & Nevis Limited Liability Company whose sole member is HIGHLAND HAWK TRUST, a Cook Islands trust. HIGHLAND HAWK TRUST has an individual trustee, Alex Pachan, who is a citizen of Michigan and a corporate trustee, Asiatrust Ltd, who is a citizen of the Cook Islands. Plaintiff is registered as an Illinois Foreign Limited Liability Company and maintains its principal office in Chicago, Illinois.

- Defendant Colonial Stock Transfer Co, Inc. is a Utah corporation that maintains its principal place of business in Utah.

**3.     Identify any party who has not yet been served in accordance with Federal Rule of Civil Procedure 4.**

Both Defendants have been served.

**4.     State whether the parties consent to the reassignment of the case to the designated magistrate judge.**

At this time, the parties do not consent to reassignment of the case to the designated magistrate judge.

5.     **Motions**

Defendant BSEG moved to dismiss the entire Complaint on December 19, 2025 (Dkt. No. 10). The parties have agreed to the following briefing schedule for this motion: Plaintiff's response is due on or before January 23, 2026; Defendant's reply is due on or before February 6, 2026.

6.     **Case plan**

   **A. Submit a proposal for a discovery plan**

No discovery has been taken. Defendant BSEG moved to dismiss the entire Complaint on December 19, 2025 (Dkt. No. 10). Therefore, in the interest of conserving resources, the parties jointly request that discovery be stayed until the Court decides the motion.

   **B. With respect to trial**

1) Plaintiff has not demanded a jury trial.  Defendant BSEG intends to file a jury demand if and when they are required to answer the Complaint. 2) The length of any trial has not been determined by the parties at this time, as the pleadings are not yet final.

7.     **Identify settlement opportunities.**

No settlement discussions have occurred, and the parties do not request a settlement conference at this time.

9.     **Propose a discovery schedule complying with Federal Rule of Civil Procedure 16(b)(3), including proposed deadlines for joining parties, amending pleadings, completing discovery, and filing dispositive and other motions.**

As stated above, the parties request that discovery be stayed until the Court decides Defendant's motion to dismiss.  The parties request leave to propose a discovery schedule at that time.

10.     **Deadline for Filing Next Status Report**

4

The parties propose the deadline for filing the next status report be 14 days following this Court's resolution of Defendant's motion to dismiss.

Date: January 12, 2026

Respectfully submitted,

**BIG SCREEN ENTERTAINMENT GROUP, INC.**

By: /s/ Alexander Loftus, Esq
One of Their Attorneys

Alexander Loftus, Esq.
LOFTUS & EISENBERG, LTD.
181 W. Madison, Suite 4700
Chicago, Illinois 60601
T: 312.899.6625
alex@loftusandeisenberg.com

**ALTA WATERFORD, LLC**

By: /s/ George W. Svoboda
One of Its Attorneys

George W. Svoboda
The Law Office of George W. Svoboda
P.O. Box 1299
McHenry, IL 60051
Telephone: (224) 360-0696
george@georgesvobodalaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 12, 2026, I electronically filed JOINT STATUS REPORT with the Clerk of Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to all attorneys of record by operation of the Court's electronic filing system.

                                          /s/ George W. Svoboda